UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KERIN JOHNSON WILLIAMS**                              **CIVIL ACTION**

**VERSUS**                                              **NO.  13-11**

**SOCIAL SECURITY ADMINISTRATION**                      **SECTION "J" (3)**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 35), and Plaintiff's objections thereto[1] (Rec. Doc. 38), hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Defendant's Motion for Summary Judgment (Rec. Doc. 34)  is **GRANTED**, the Plaintiff's Motion for Summary Judgment (Rec. Doc. 25) is **DENIED** and that the plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

---

[1] The Court notes that it did consider Plaintiff's objections even though counsel for the Plaintiff filed the objections two weeks late despite having been granted a two week extension within which to filed objections. (Rec. Doc. 37)

New Orleans, Louisiana, this 12th day May, 2014.

_____
**CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**